AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

LOCALITY BANK

*Plaintiff(s)*

v.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company, 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT,

*Defendant(s)*

Civil Action No. 0:26-cv-60068-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories
C/O MATTHEW J. VALCOURT, REGISTERED AGENT FOR OWNER STARBOARD YACHT GROUP, LLC
VALCOURT AND ASSOCIATES LLC
850 NE THIRD STREET - STE. 208
DANIA, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard B. Storfer, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date: Jan 14, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

LOCALITY BANK

*Plaintiff(s)*

v.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company, 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT,

*Defendant(s)*

Civil Action No. 0:26-cv-60068-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories
C/O MATTHEW J. VALCOURT, REGISTERED AGENT FOR OWNER STARBOARD YACHT GROUP, LLC
VALCOURT AND ASSOCIATES LLC
850 NE THIRD STREET - STE. 208
DANIA, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard B. Storfer, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Jan 14, 2026

s/ Micky Quezada

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| LOCALITY BANK<br><br>*Plaintiff(s)*<br>v.<br>STARBOARD YACHT GROUP, LLC, a Florida limited liability company, 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT,<br>*Defendant(s)* | Civil Action No. 0:26-cv-60068-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHARLES J. STRATMANN

850 Ne 3 Street, Suite 208
Dania Beach, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard B. Storfer, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date: Jan 14, 2026

s/ Micky Quezada

Deputy Clerk
U.S. District Courts