IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

CASE NO.: 0:26-cv-60068-AHS

# CERTIFICATE OF INTERESTED PERSONS

Plaintiff, pursuant to S.D. Fla. Local Rule 7.1(a)(3), files this Certificate of Interested Persons and certifies that the following persons and entities have an interest in the outcome of this action:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:** Plaintiff: Locality Bank and plaintiff's counsel, Richard B. Storfer.

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:** Plaintiff is not aware of any other such entity.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:** Plaintiff is not aware of any other such entity.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:** Plaintiff is not aware of any such victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

Dated this 20th day of January, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Richard B. Storfer*
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF to all parties registered to receive service by this method this 20th day of January, 2026.

*/s/ Richard B. Storfer*
Richard B. Storfer