IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

CASE NO.: 0:26-cv-60068-AHS

**MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Pursuant to Local Admiralty Rule E(10)(c), Plaintiff, Locality Bank, by and through the undersigned attorney, represents the following:

1. On January 12, 2026, Plaintiff initiated the above-styled action against the vessels, 35-foot Everglades, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and their boats, tackle, apparel and furniture, engines and appurtenances.

2. On January 13, 2026, the Clerk of the Court issued a Warrant of Arrest against the vessels, 35-foot Everglades, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and their boats, tackle, apparel and

furniture, engines and appurtenances, directing the United States Marshal to take custody of the vessel, and to retain custody of the vessel pending further order of this Court.

3. As of the filing of this Motion, plaintiff is directing the United States Marshal to only take custody of the 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and its boats, tackle, apparel and furniture, engines and appurtenances.

4. Although the Warrant of Arrest has been issued, the Marshal has not arrested the vessel yet and . requires the services of Moecker Auctions, Inc. as substitute custodian to do so. The cost will be at $40.65 per day, inclusive of the cost of the trailer used to transport and store the vessel. In addition, there is a $350 cost associated with transporting the vessel from its present berth to the substitute custodian's storage facility.

5. The vessel is currently berthed at EZ Marina, 413 SW 3rd Avenue, Fort Lauderdale, FL 33315 , and subject to the approval of the Court, the substitute custodian is prepared to provide security, wharfage, and routine services for the safekeeping of the vessel. The substitute custodian has also agreed to continue to provide these services pending further order of this Court.

6. The substitute custodian has adequate facilities for the care, maintenance and security of the vessel. In discharging its obligation to care for, maintain and secure the vessel, the substitute custodian shall comply with all orders of the Captain of the Port, United States Coast Guard, including but not limited to, an order to move the vessel; and any applicable federal, state, and local laws, regulations and requirements pertaining to vessel and port safety. The substitute custodian shall advise the Court, the parties to the action, and the United States Marshal, of any movement of the vessel pursuant to an order of the Captain of the Port, United States Coast Guard within twenty-four hours of such vessel movement.

7. Concurrent with the Court's approval of the Motion for Appointment of the Substitute Custodian, Plaintiff and the substitute custodian will file a Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(C)(ii).

8. In addition, Plaintiff shall indemnify and hold harmless the Substitute Custodian with respect to the operability of the engines, fuel and electrical systems and the seaworthiness of the vessel.

THEREFORE, in accordance with the representations set forth in this instrument, and subject to the filing of the indemnification agreement noted in paragraph (6) above, Plaintiff requests this Court to enter an order appointing Moecker Auctions, Inc. as the Substitute Custodian for the vessel, 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and its boats, tackle, apparel and furniture, engines and appurtenances.

Dated this 3rd day of March, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Richard B. Storfer*
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com

cc: Counsel of Record
Substitute Custodian

SPECIAL NOTE

Plaintiff's attorney shall also prepare for the Court's signature and subsequent filing, a proposed order for the Appointment of Substitute Custodian.
Effective Dec. 1, 1994. Amended effective April 15, 1998; April 15, 2001; April 15, 2007; April 15, 2010; April 15, 2011.