IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

CASE NO.: 0:26-cv-60068-AHS

**CONSENT AND INDEMNIFICATION AGREEMENT**
**FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Plaintiff, Locality Bank, (by the undersigned attorney) and Moecker Auctions, Inc. the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District, and the United States Marshal's Service, from any and all liability and responsibility for the care and custody of vessel, 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and its boats, tackle, apparel and furniture, engines and appurtenances while in the hands of Moecker Auctions, Inc.

Plaintiff and Moecker Auctions, Inc. also expressly agree to hold the United States Marshal for this District, and the United States Marshal's Service, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

SIGNED this 27th day of February 2026, at Fort Lauderdale, Florida.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Richard B. Storfer*
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com

**MOECKER AUCTIONS, INC.**
SUBSTITUTE CUSTODIAN

By: ______________________
Name: Philip von Kahle
Fla. Bar ID No.
(if admitted in Fla.)
1885 Marina Mile Blvd, Suite 103
Ft Lauderdale, FL 33315
Telephone: (954)-252-2887
Facsimile: (954) 252-2791
E–Mail Address

cc: Counsel of Record

Effective Dec. 1, 1994. Amended effective April 15, 2001; April 15, 2007; April 15, 2010.

8075.003