IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

CASE NO.: 0:26-cv-60068-AHS

**ORDER APPOINTING SUBSTITUTE CUSTODIAN**

THIS CAUSE came before the Court upon Plaintiff's Motion for Appointment of Substitute Custodian. The Court, having reviewed the Motion, the record, and being otherwise fully advised, finds that good cause exists for the appointment of a substitute custodian pursuant to Supplemental Rule C of the Federal Rules of Civil Procedure and Admiralty Local Rule E(10).

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Philip J. von Kahle of Moecker Auctions, Inc., whose address is 1885 Marina Mile Boulevard, Suite 103, Fort Lauderdale, Florida 33315, is hereby APPOINTED as Substitute Custodian of the Defendant Vessel, 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and its boats, tackle, apparel and furniture, engines and appurtenances.

2. Upon execution of the Warrant of Arrest by the United States Marshal, custody of the Defendant Vessel shall be immediately transferred to the Substitute Custodian, and the United States Marshal is relieved of any further responsibility for safekeeping of the Defendant Vessel.

3. The Substitute Custodian is authorized to take possession of, secure, monitor, and maintain the Defendant Vessel, including the authority to move the Defendant Vessel as reasonably necessary for safekeeping, docking, or storage.

4. The Substitute Custodian shall maintain adequate insurance coverage for the Defendant Vessel while in custodia legis and shall keep reasonable logs and records of services rendered and expenses incurred.

5. Plaintiff shall remain responsible for all costs, expenses, and fees incurred by the Substitute Custodian while the Defendant Vessel are in custodia legis, subject to taxation and allocation by further order of the Court.

6. This Order shall become effective immediately upon entry and shall remain in effect until further Order of the Court.

DONE AND ORDERED in Chambers in the Southern District of Florida on this ___ day of __________, 2026.

ROBERT N. SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record