U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>LOCALITY BANK | COURT CASE NUMBER<br>0:26-cv-60068-AHS |
| DEFENDANT<br>STARBOARD YACHT GROUP, LLC, et al. | TYPE OF PROCESS<br>Warrant of Arrest of vessel |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and their boats, tackle, apparel and furniture, e
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
EZ Marina, 413 SW 3rd Avenue, Fort Lauderdale, FL 33315

| | | |
|---|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
| Richard B. Storfer, Esq., Lorium Law<br>101 NE 3 Avenue, Suite 1800<br>Ft Lauderdale, FL 33301 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

| | | | |
|---|---|---|---|
| Signature of Attorney other Originator requesting service on behalf of: [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>954-462-8000 | DATE |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. 04 | HF | 3/27/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | Date<br>4-9-26 | Time<br>6:15 ☐ am ☒ pm |
| Address *(complete only different than shown above)*<br>801 NE 3rd St. - Harbour Towne Marina<br>Dania Beach, FL 33004 | Signature of U.S. Marshal or Deputy<br>[signature] Steinmark #3980 | |

*Costs shown on attached USMS Cost Sheet* >>

REMARKS
Vessel Arrested per Court order

Form USM-285
Rev. 03/21