UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60068-CIV-SINGHAL

**LOCALITY BANK**, a Florida banking corporation,

Plaintiff,

vs.

**STARBOARD YACHT GROUP, LLC**, a Florida limited liability company; *et al.*,

Defendants.
_______________________________________/

**ORDER**

**THIS CAUSE** has come before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires plaintiffs to serve defendants within 90 days absent good cause shown. Plaintiff filed this action on January 12, 2026, and to date there is no indication in the court file that Defendant has been served with the summons and Complaint. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that on or before **May 1, 2026**, Plaintiff shall file a proof of service or show cause why this action should not be dismissed for failure to perfect service of process. Failure to timely file proof of service or show good cause will result in a dismissal without prejudice without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of April 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF