N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LOCALITY BANK, a Florida banking corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,<br><br>      Defendants. | CASE NO.: 0:26-cv-60068-AHS |

## NOTICE OF ACTION IN REM AND ARREST OF VESSEL

In accordance with Supplemental Rule C(4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure and Local Admiralty Rule C(4), notice is hereby given of the arrest of the vessel 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, its boats, tackle, apparel and furniture, engines and appurtenances, et., in rem, in accordance with a Warrant of Arrest issued on January 13, 2026, (DE-8) and executed on April 9, 2026 (DE-15).

Pursuant to Supplemental Rule C(6) and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than fourteen (14) days after process has been effected, and shall file an answer within twenty-one (21) days from the date of filing their claim.

Dated at Fort Lauderdale, Florida, this 27th day of April, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:    (954) 462-8000
Facsimile:    (954) 462-4300

By:   */s/ Richard B. Storfer*
      Richard B. Storfer
      Florida Bar No. 984523
      rstorfer@loriumlaw.com

cc:  Counsel of Record

Effective Dec. 1, 1994. Amended effective April 15, 2001; April 15, 2007; April 15, 2010; April 15, 2011.

8075.003