N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LOCALITY BANK, a Florida banking corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,<br><br>　　　　Defendants. | CASE NO.: 0:26-cv-60068-AHS |

## PLAINTIFF'S RESPONSE TO ORDER

Plaintiff, Locality Bank, by and through undersigned counsel, hereby responds to the Court's Order [DE 16] dated April 10, 2026, and states as follows:

1.　　　Plaintiff respectfully submits that good cause exists for the timing of service in this matter. Due to a legitimate concern that the defendant vessel 28-foot Pursuit could depart the jurisdiction or otherwise be concealed if notice of this action were given prior to arrest, Plaintiff did not initiate service attempts before the vessel was arrested.[1]

2.　　　The Pursuit was arrested on April 9, 2026.

---

[1] The other vessel, the 35-foot Everglades, was arrested by another creditor that brought a separate action against the vessel and Starboard Yacht Group. *Seacoast National Bank v. M/V Slow UR Roll II*, Case No. 26-cv-60289-WPD.

3.      Following the arrest, Plaintiff has taken steps to effectuate service and all of the defendants were served on April 29, 2026.  See the Returns of Services attached as  Composite Exhibit "A".

Dated 30th day of April, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:    (954) 462-8000
Facsimile:    (954) 462-4300

By:  */s/ Richard B. Storfer*
       Richard B. Storfer
       Florida Bar No. 984523
       rstorfer@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed as follows:    Starboard Yacht Group, LLC, Charles J. Stratmann and 28-Foot Pursuit, at 545 NE 17th Avenue, Ft Lauderdale, FL 33004.

*/s/Richard B. Storfer*
Richard B. Storfer

.8075.003

COMPOSITE

EXHIBIT "A"

### RETURN OF SERVICE

| **State of Florida** | **County of SOUTHERN** | **District Court** |
|---|---|---|

Case Number: 0:26-CV-60068-AHS



OJF2026008317

Plaintiff:
**LOCALITY BANK**

vs.

Defendant:
**STARBOARD YACHT GROUP, LLC, ET. AL.,**

For:
Richard Storfer
LORIUM LAW
101 N.E. 3rd Avenue
Suite 1800
Ft. Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 15th day of April, 2026 at 8:47 am to be served on **STARBOARD YACHT GROUP, LLC C/O MATTHEW J. VALCOURT, REGISTERED AGENT, VALCOURT AND ASSOCIATES LLC, 850 NE THIRD STREET, STE. 208, DANIA BEACH, FL 33004**.

I, FELIX ONATE, do hereby affirm that on the **29th day of April, 2026** at **3:25 pm, I:**

**LLC - REGISTERED AGENT:**  served by delivering a true copy of the **SUMMONS, COMPLAINT, MOTION ISSUE WARRANT, ORDER ON MOTION FOR WARRANT, CERTIFICATE, MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN, CONSENT OF CUSTODIAN, ORDER APPOINTING CUSTODIAN, WARRANT OF ARREST AND ORDER TO SHOW CAUSE** with the date and hour of service endorsed thereon by me, to: **CHARLES STRATMAN** as **Registered Agent** at the address of: **545 NE 17TH AVE, FT LAUDERDALE, FL 33004** for **STARBOARD YACHT GROUP, LLC**, and informed said person of the contents therein, in compliance with Florida statute 48.062 or other applicable statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**FELIX ONATE**
SPS #473

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2026008317
Ref: 8075.003

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## RETURN OF SERVICE

**State of Florida**                    **County of SOUTHERN**                    **District Court**

Case Number: 0:26-CV-60068-AHS



OJF2026008315

Plaintiff:
**LOCALITY BANK**

vs.

Defendant:
**STARBOARD YACHT GROUP, LLC, ET. AL.,**

For:
Richard Storfer
LORIUM LAW
101 N.E. 3rd Avenue
Suite 1800
Ft. Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 15th day of April, 2026 at 8:47 am to be served on **CHARLES J. STRATMANN, 850 NE 3 STREET, SUITE 208, DANIA BEACH, FL 33004**.

I, FELIX ONATE, do hereby affirm that on the **29th day of April, 2026** at **3:25 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS, COMPLAINT, MOTION ISSUE WARRANT, ORDER ON MOTION FOR WARRANT, CERTIFICATE, MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN, CONSENT OF CUSTODIAN, ORDER APPOINTING CUSTODIAN, WARRANT OF ARREST AND ORDER TO SHOW CAUSE** to: **CHARLES J. STRATMANN** at the address of: **545 NE 17TH AVE, FT LAUDERDALE, FL 33301** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**FELIX ONATE**
SPS #473

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2026008315
Ref: 8075.003

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of SOUTHERN** | **District Court** |

Case Number: 0:26-CV-60068-AHS

Plaintiff:
**LOCALITY BANK**

vs.

Defendant:
**STARBOARD YACHT GROUP, LLC, ET. AL.,**



OJF2026008316

For:
Richard Storfer
LORIUM LAW
101 N.E. 3rd Avenue
Suite 1800
Ft. Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 15th day of April, 2026 at 8:47 am to be served on **28-FOOT PURSUIT HULL ID SSUE82861405, TITLE 91874263, AND ENGINES, TACKLE AND ACCESSORES C/O MATTHEW J. VALCOURT, REGISTERED AGENT FOR OWNER STARBOARD YACHT GROUP, LLC, VALCOURT AND ASSOCIATES LLC, 850 NE THIRD STREET, STE. 208, DANIA BEACH, FL 33004**.

I, FELIX ONATE, do hereby affirm that on the **29th day of April, 2026** at **3:25 pm, I:**

**LLC - REGISTERED AGENT:**  served by delivering a true copy of the **SUMMONS, COMPLAINT, MOTION ISSUE WARRANT, ORDER ON MOTION FOR WARRANT, CERTIFICATE, MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN, CONSENT OF CUSTODIAN, ORDER APPOINTING CUSTODIAN, WARRANT OF ARREST AND ORDER TO SHOW CAUSE** with the date and hour of service endorsed thereon by me, to: **CHARLES STRATMAN** as **Registered Agent** at the address of: **545 NE 17TH AVE, FT LAUDERDALE, FL 33301**  for **28-FOOT PURSUIT**, and informed said person of the contents therein, in compliance with Florida statute 48.062 or other applicable statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**FELIX ONATE**
SPS #473

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2026008316
Ref: 8075.003

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e