N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

CASE NO.: 0:26-cv-60068-AHS

**NOTICE OF FILING PROOF OF PUBLICATION**

Plaintiff, LOCALITY BANK, by and through undersigned counsel, hereby gives notice of filing the attached proof of publication of the *Notice of Action In Rem and Arrest of Vessel*, published in the Sun Sentinel.

Dated: May 8, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Richard B. Storfer*
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed as follows: Starboard Yacht Group, LLC, Charles J. Stratmann and 28-Foot Pursuit, at 545 Ne 17th Avenue, Ft Lauderdale, FL 33004.

*/s/Richard B. Storfer*
Richard B. Storfer