SunSentinel
MEDIA GROUP

Sold To:
Lorium Law - 290901
101 NE 3rd Ave Ste 1800
Fort Lauderdale, FL 33301-1252

Bill To:
Lorium Law - 290901
101 NE 3rd Ave Ste 1800
Fort Lauderdale, FL 33301-1252

**Published Daily**
**Fort Lauderdale, Broward County, Florida**
**Boca Raton, Palm Beach County, Florida**
**Miami, Miami-Dade County, Florida**

**State Of Florida**
**County Of Orange**

Before the undersigned authority personally appeared Rose Williams, who on oath says that he or she is a duly authorized representative of the SUN- SENTINEL, a DAILY newspaper published in BROWARD/PALM BEACH/MIAMI-DADE County, Florida; that the attached copy of advertisement, being a Legal Notice in:

The matter of CASE NO.: 0:26-cv-60068-AHS
Was published in said newspaper by print in the issues of, and by publication on the newspaper's website, if authorized on 1 May 2026, 8 May 2026
Affiant further says that the newspaper complies with all legal requirements for publication in Chapter 50, Florida Statutes.

Rose Williams

Signature of Affiant

Sworn to and subscribed before me this: 8 May 2026.

LeAnne Rollins

Signature of Notary Public

Notary Public State of Florida
Leanne Rollins
My Commission HH 500022
Expires 4/27/2028

Name of Notary, Typed, Printed, or Stamped
Personally Known (X) or Produced Identification ( )

**67114**

SunSentinel
MEDIA GROUP

**NOTICE OF ACTION IN REM AND ARREST OF VESSEL**

N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 0:26-cv-60068-AHS
LOCALITY BANK, a Florida banking corporation,
Plaintiff,
vs.
STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,
Defendants.

In accordance with Supplemental Rule C(4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure and Local Admiralty Rule C(4), notice is hereby given of the arrest of the vessel 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, its boats, tackle, apparel and furniture, engines and appurtenances, et., in rem, in accordance with a Warrant of Arrest issued on January 13, 2026, (DE-8) and executed on April 9, 2026 (DE-15). Pursuant to Supplemental Rule C(6) and Local Admiralty Rule C(6), any person having a claim against the vessel and/or property shall file a claim with the Court not later than fourteen (14) days after process has been effected, and shall file an answer within twenty-one (21) days from the date of filing their claim.

Dated at Fort Lauderdale, Florida, this 27th day of April, 2026.

LORIUM LAW
Attorneys for Plaintiff
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300
By: /s/ Richard B. Storfer
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com
**5/1/2026, 5/8/2026 67114**

**67114**