DECLARATION OF PRE-EXISTING OWNERSHIP

I, Charles Jacob Stratmann, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an adult individual and the sole member of Starboard Yacht Group LLC ("SYG"), a Florida limited liability company with its principal place of business in Dania Beach, Florida.

2. I am intimately familiar with the development of the trade secret methodology known as "SVICM" (Starboard Yacht Initial Control Methodology) and related ride-control and stabilization techniques. I conceived and developed aspects of this methodology prior to the formation of SYG in 2008, and continued to refine and expand it thereafter based upon my personal knowledge, skill, and observations while engaged in the marine repair and refit business.

3. My contributions to SVICM were the product of my own efforts, ideas, experimentation, investment of personal time, and personal funds. These contributions occurred before and after the formation of SYG, frequently outside of the ordinary course of the Company's operational business. Prior to and following SYG's formation, I documented my work in dated notes, designs, prototypes, emails, and voice recordings.

4. I contributed labor and assets valued at $2,500,000 to SYG as reflected in the Operating Agreement, dated January 4, 2024. This contribution does not expressly assign or transfer any intellectual property rights; rather, it memorializes the capital infusion and work already performed. The Operating Agreement is silent as to the assignment or ownership of SVICM or other trade secrets and contains no work-for-hire provisions or IP assignment clauses.

5. I have never been paid a salary for performing my duties as a Member of SYG unless approved unanimously in writing by all Members pursuant to Section 6.2 of the Operating Agreement. To date, no such written election has been made. Accordingly, no compensation has been authorized that could give rise to a work-for-hire presumption under Florida law.

6. The purpose of SYG, as set forth in Section 1.3 of the Operating Agreement, is to operate a marine repair and refit company and provide yacht maintenance management. It does not expressly contemplate research and development or the creation of proprietary

methodologies. The development of SVICM exceeds the ordinary course of the business operations and represents a distinct enterprise of innovation and knowledge transfer.

7. In the absence of any express assignment, and consistent with Florida common law and state and federal trade secret law, I retain personal ownership of pre-existing trade secrets and intellectual property to the extent they were created outside the scope of any employment or service for SYG, and have separate economic value independent of SYG.

8. Nothing in the Operating Agreement or any other written instrument has ever assigned my rights in SVICM or similar proprietary works to SYG. To the extent SYG asserts rights in the trade secrets, I assert that such rights are shared or alternatively owned separately by me, and that the matter of ownership must be decided upon the merits and in the alternative in accordance with Rule 8(d)(2) of the Federal Rules of Civil Procedure.

9. I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct.

Date: [DATE] 5/26/2026

Signature: ______________________

Charles Jacob Stratmann