N THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

CASE NO.: 0:26-cv-60068-AHS

**MOTION FOR CLERK'S DEFAULT AGAINST STARBOARD YACHT GROUP LLC AND 28-FOOT PURSUIT, HULL ID SSUE82861405, TITLE NO. 91874263**

Plaintiff, Locality Bank, by and through undersigned counsel, hereby files this Motion for Clerk's Default against Defendants Starboard Yacht Group LLC and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, in support thereof, states as follows:

1. Plaintiff filed its Complaint on January 12, 2026. [DE 1].

2. The Clerk issued a summons to Starboard Yacht Group LLC and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263 on January 12, 2026. [DE 1-9].

3. On April 29, 2026, the process server served Defendants, Starboard Yacht Group LLC and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263.

4. On April 30, 2026, Plaintiff filed the return of service [DE18] which indicates service was completed on Defendant Starboard Yacht Group LLC on April 29, 2026. Attached as Exhibit A is the return of service from the process server.

5. The Return of Service as to 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263 is attached as Exhibit B.

6. Accordingly, Defendants, Starboard Yacht Group LLC and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263 were required to file a response to the Complaint on or before May 19, 2026.

7. As of the filing of this Motion on June 1, 2026, no response to the Complaint has been filed by Defendants, Starboard Yacht Group LLC and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263.

8. Plaintiff moves for entry of a default by the Clerk against Defendants, Starboard Yacht Group LLC and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263 for failure to serve any paper on counsel or file any paper in response to the complaint as required by law.

WHEREFORE, Plaintiff respectfully requests the Clerk enter a default against Defendants, Starboard Yacht Group LLC and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263.

Dated 2nd day of June, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Richard B. Storfer*
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed as follows: Starboard Yacht Group, LLC, Charles J. Stratmann and 28-Foot Pursuit, at 545 Ne 17th Avenue, Ft Lauderdale, FL 33004.

*/s/Richard B. Storfer*
Richard B. Storfer