# EXHIBIT "A"

# RETURN OF SERVICE

**State of Florida** **County of SOUTHERN** **District Court**

Case Number: 0:26-CV-60068-AHS

OJF2026008317

Plaintiff:
**LOCALITY BANK**

vs.

Defendant:
**STARBOARD YACHT GROUP, LLC, ET. AL.,**

For:
Richard Storfer
LORIUM LAW
101 N.E. 3rd Avenue
Suite 1800
Ft. Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 15th day of April, 2026 at 8:47 am to be served on **STARBOARD YACHT GROUP, LLC C/O MATTHEW J. VALCOURT, REGISTERED AGENT, VALCOURT AND ASSOCIATES LLC, 850 NE THIRD STREET, STE. 208, DANIA BEACH, FL 33004**.

I, FELIX ONATE, do hereby affirm that on the **29th day of April, 2026** at **3:25 pm, I:**

**LLC - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS, COMPLAINT, MOTION ISSUE WARRANT, ORDER ON MOTION FOR WARRANT, CERTIFICATE, MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN, CONSENT OF CUSTODIAN, ORDER APPOINTING CUSTODIAN, WARRANT OF ARREST AND ORDER TO SHOW CAUSE** with the date and hour of service endorsed thereon by me, to: **CHARLES STRATMAN** as **Registered Agent** at the address of: **545 NE 17TH AVE, FT LAUDERDALE, FL 33004** for **STARBOARD YACHT GROUP, LLC**, and informed said person of the contents therein, in compliance with Florida statute 48.062 or other applicable statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**FELIX ONATE**
SPS #473

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2026008317
Ref: 8075.003

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e