**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LOCALITY BANK

PLAINTIFF(S)

v.

STARBOARD YACHT GROUP LLC., et al.,

DEFENDANT(S).

CASE NUMBER
0:26−cv−60068−AHS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Starboard Yacht Group LLC**
**28−Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263**

as of course, on the date June 2, 2026.

**Angela E. Noble**
CLERK OF COURT

By /s/ *Guillermo A Quezada*
Deputy Clerk

cc: Judge Raag Singhal
Locality Bank
1400 S Andrews Avenue

Ft Lauderdale, FL
33316

CV−37 (10/01)