UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:26-cv-60068-AHS

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company;

28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263;

and CHARLES JACOB STRATMANN, individually,

Defendants.

JOINT SCHEDULING REPORT

Case No. 0:26-cv-60068-AHS

**PLAINTIFF:**

Locality Bank

**DEFENDANTS:**

Starboard Yacht Group, LLC; 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263;
and Charles Jacob Stratmann, individually

**CASE NUMBER:** 0:26-cv-60068-AHS

## I. CASE MANAGEMENT TRACK

**Selected Track: COMPLEX**

**Justification:**

This case warrants assignment to the Complex track pursuant to Local Rule 16.1 for the
following reasons:

1. **Volume of Evidence:** The evidentiary record spans over 18,000 Bates-stamped documents across multiple related proceedings, including federal cases in this district and others, state court actions, and administrative proceedings.

2. **Multiple Related Cases:** This action is related to five (5) other pending federal proceedings:

- *Contessa Marine Research LLC v. Starboard Yacht Group LLC*, 0:23-cv-61696-AHS (Judge Singhal)

- *Stratmann v. Steven Ivankovich et al.*, 0:26-cv-61150-PAB (Judge Bloom)

- *Navy Federal Credit Union v. Charles Jacob Stratmann et al.*, CACE-26-001401 (Broward County)

- *Seacoast National Bank & Trust v. Starboard Yacht Group LLC*, 0:26-cv-60289-WPD (Judge Dreier)

- *Contessa Marine Research LLC v. Starboard Yacht Group LLC* (appeal), 26-10941-C (U.S. Court of Appeals for the Eleventh Circuit)

3. **Expert Witnesses:** Multiple expert witnesses will be required, including:

- Marine vessel technical expert (Seakeeper gyroscopic stabilization systems)

- Financial causation expert (to address SBA loan damages and enterprise-level fraud)

- Maritime surveyor (vessel condition and valuation)

4. **Complex Legal Issues:**

- Cross-case fraud and RICO enterprise allegations spanning multiple jurisdictions

- In rem jurisdiction over the 28-foot Pursuit vessel

- Guarantor liability versus entity liability

- Sealed evidence bearing on core jurisdictional questions

- Parallel state and federal proceedings with overlapping facts

5. **Number of Parties:** Five (5) named defendants, with one (1) plaintiff, and multiple third parties and witnesses across related cases.

**Estimated Trial Length:** 10-12 days

## II. DISCOVERY SCHEDULE

| Phase | Deadline | Description |
|---|---|---|
| Initial Disclosures | August 24, 2026 | Per Fed. R. Civ. P. 26(a)(1) |
| Fact Discovery Opens | August 24, 2026 | Depositions, interrogatories, requests for production |
| Fact Discovery Closes | March 24, 2027 | 180-day fact discovery period |
| Expert Disclosures (Plaintiff) | April 24, 2027 | Per Fed. R. Civ. P. 26(a)(2) |
| Expert Disclosures (Defendant) | May 24, 2027 | |
| Expert Discovery Closes | June 24, 2027 | Depositions of expert witnesses |
| Dispositive Motions | July 24, 2027 | All motions to dismiss and for summary judgment |
| Pretrial Motions | August 24, 2027 | Motions in limine and other pretrial matters |

**Rationale:** The 270-day discovery period is consistent with the Complex track and is necessary given the volume of documentary evidence, the need for expert analysis, and the coordination required across related cases.

## III. ESI PRESERVATION PROTOCOL

**Scope:** All electronically stored information (ESI) relevant to the claims and defenses in this action shall be preserved, including but not limited to:

- Email communications (business and personal) from January 1, 2020 to present
- Financial records, bank statements, and SBA loan documents
- Vessel maintenance logs and Seakeeper system data
- Corporate records for Starboard Yacht Group, LLC
- Text messages and instant messaging records
- Cloud storage files (OneDrive, Google Drive, iCloud)

**Protocol:** The parties shall adhere to the standard ESI preservation and production protocols set forth in the Southern District of Florida's Default ESI Order. No party shall destroy, alter, or withhold any ESI subject to this protocol.

**Meet and Confer:** The parties shall meet and confer within 30 days of this report to discuss:

- Search terms and custodians
- Production format (native, TIFF, or PDF)
- Privilege log methodology
- Redaction protocols

## IV. MEDIATION

**Proposed Mediator:** To be determined by mutual agreement of the parties.

**Proposed Mediation Deadline:** January 24, 2027

**Rationale:** Given the complexity of the financial and legal issues, and the related proceedings, mediation is appropriate but should occur after initial disclosures and limited fact discovery to ensure all parties are adequately informed.

**Participation Status:** Defendant Charles Jacob Stratmann (appearing individually) is available to participate in mediation. Defendants Starboard Yacht Group, LLC and the 28-foot Pursuit are currently in default and have no appearing counsel.

## V. RELATED CASES

Pursuant to Local Rule 3.8, the following cases are related to this action:

| Case | Court | Case Number | Judge | Relationship |
|------|-------|-------------|-------|--------------|
| Contessa Marine Research LLC v. Starboard Yacht Group LLC | S.D. Fla. | 0:23-cv-61696-AHS | Judge Singhal | Common parties, overlapping facts, same alleged enterprise |
| Stratmann v. Steven Ivankovich et al. | S.D. Fla. | 0:26-cv-61150-PAB | Judge Bloom | Counterpart RICO action; common witnesses and evidence |
| Seacoast National Bank & Trust v. | S.D. Fla. | 0:26-cv-60289-WPD | Judge Dreier | Common defendant, related vessel and |

| Starboard Yacht Group LLC | | | | business operations |
|---|---|---|---|---|
| Contessa Marine Research LLC v. Starboard Yacht Group LLC (appeal) | CA11 | 26-10941-C | Panel TBD | Appeal of default judgment in related case |
| Navy Federal Credit Union v. Charles Jacob Stratmann et al. | Broward County | CACE-26-001401 | TBD | Related guarantor liability and foreclosure |
| Seakeeper, Inc. v. Starboard Yacht Group, LLC | D. Md. | 1:26-cv-01332-MJM | Judge MJM | Involves alleged breach of dealer agreement, inventory dispute, and claims regarding Seakeeper demo vessels and installation methodology |
| Charles Jacob Stratmann v. Seakeeper, Inc. et al. | S.D. Fla. | 0:26-cv-61001-PAB | Judge Bloom | Personal claims for misappropriation of SVICM ride-control mounting trade secrets and IP |

**Relevance of Seakeeper Cases:** The 28-foot Pursuit vessel (a named defendant in rem in this action) was equipped with stabilizer technology and used as a demonstration vessel to showcase Defendant Charles Jacob Stratmann's proprietary mounting and installation methodology (SVICM). The dispute over Seakeeper's wrongful repossession and interference with the vessel, combined with the misappropriation of Defendant's personal trade secrets and proprietary intellectual property, directly impacted the value of the vessel, the business operations of Starboard Yacht Group, LLC, and the underlying guarantor obligations.

**Request:** The parties request that the Court continue to coordinate scheduling and case management with Judge Singhal's related cases (CMR 0:23-cv-61696-AHS) and consider consolidating related discovery where appropriate.

## VI. AMENDMENTS TO PLEADINGS

No amendments to pleadings are anticipated at this time, subject to the outcome of dispositive motions and discovery.

# VII. OTHER ISSUES

**Defaulted Defendants:** Defendants Starboard Yacht Group, LLC and the 28-foot Pursuit vessel are currently in default (DE 24). Defendant Charles Jacob Stratmann, appearing individually, reserves the right to move to set aside the Clerk's default pursuant to Fed. R. Civ. P. 55(c) and Local Rule 55.1. Any scheduling related to the defaulted defendants is contingent upon the outcome of that motion.

**Counsel Requirement:** Defendant Starboard Yacht Group, LLC cannot appear pro se in federal court. 28 U.S.C. § 1654; *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381 (11th Cir. 1985). Retention of counsel for SYG LLC is in progress.

**In Rem Jurisdiction:** The 28-foot Pursuit vessel is a named defendant in this action. Issues regarding admiralty jurisdiction, vessel arrest, and in rem proceedings may require specialized scheduling considerations.

# VIII. CONFERENCE STATEMENT

The parties have conferred regarding this Joint Scheduling Report as required by Local Rule 16.1(b)(1). [Locality's counsel: R. Storfer, Esq. - conferral pending / CJS pro se]

If Locality's counsel declines to participate in joint scheduling, Defendant Charles Jacob Stratmann reserves the right to file a unilateral statement and proposed scheduling order pursuant to Local Rule 16.1(b)(2).

Respectfully submitted,

_____

Charles Jacob Stratmann

Defendant, appearing individually

545 NE 17th Avenue

Fort Lauderdale, FL 33301

(954) 873-8546

jake@starboardyacht.com

Date: 6/05

## CERTIFICATE OF SERVICE

      I certify that on _____6/5/2_____, 2026, a true copy of the foregoing

was served on counsel of record for Plaintiff Locality Bank via the Court's

CM/ECF system.

_____

Charles Jacob Stratmann, Defendant, pro se