## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

      Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

      Defendants.

CASE NO.: 0:26-cv-60068-AHS

### PLAINTIFF'S CERTIFICATE OF COMPLIANCE OF PROVIDING NOTICE PURSUANT TO LOCAL RULE 16.1(B)(4)

Plaintiff, Locality Bank, by and through undersigned counsel, certifies that on June 13, 2026, the undersigned had a telephone conference with the defendant appearing in this action, Charles Stratmann, at which time the undersigned discussed in general terms the requirements under Local Rule 16.1(b) and on June 15, 2026, emailed Mr. Stratmann a proposes conference report addressing the applicable provisions of subsection (b)(2) and a proposed order as required by subsection (b)(3) of the Rule.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 Northeast Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Jason E. Slatkin
JASON E. SLATKIN
Florida Bar No: 040370
jslatkin@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties receiving notice by this method and via U.S. Mail to all parties listed below on this 16th day of June 2026.

/s/ Jason E. Slatkin
Jason E. Slatkin

## SERVICE LIST

28 foot Pursuit Hull ID SSUE82861405
850 N.E. 3rd Street, Suite 208
Dania, FL 33004

STARBOARD YACHT GROUP LLC.
850 N.E. 3rd Street, Suite 208
Dania Beach, FL 33004

Charles J Stratmann
850 N.E. 3rd Street, Suite 208
Dania, FL 33004

35 foot everglades USCG Official No. 1220768
850 NE 3 Street, Suite 208
Dania, FL 33004