IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

        Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

        Defendants.

CASE NO.: 0:26-cv-60068-AHS

## NOTICE OF DROPPING PARTY

Plaintiff, Locality Bank, by and through undersigned counsel files this *Notice of Dropping Party* as to defendant, 35-Foot Everglades, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and provides notice that it is no longer pursuing any claims against such defendant in this action.  This action shall remain pending as to all other defendants.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 NE 3rd Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Telecopier: (954) 462-4300

By: */s/ Richard B. Storfer*
    Richard B. Storfer
    Florida Bar No.  984523
    rstorfer@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed as follows:  Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301; Starboard Yacht Group, LLC and 28-Foot Pursuit, at 545 NE 17th Avenue, Ft Lauderdale, FL 33004.


*/s/ Richard B. Storfer*
Richard B. Storfer

8075.003

2