IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LOCALITY BANK, a Florida banking corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,<br><br>　　　　Defendants. | CASE NO.: 0:26-cv-60068-AHS |

**PLAINTIFF'S NOTICE OF JOINT LIABILITY**

Plaintiff, Locality Bank, by and through undersigned counsel, files Plaintiff's Notice of Joint Liability pursuant to the *Order on Default Final Judgment Procedure*, entered June 4, 2026 [Dkt. No. 26], and states as follows:

1.　　On January 12, 2026, Plaintiff commenced the above-captioned admiralty proceeding against the Defendants, Starboard Yacht Group, LLC ("Starboard"), the vessel 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and its engines, tackle and accessories, Charles J. Stratmann, individually ("Stratmann"), as well as the vessel 35-foot Everglades, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and its engines, tackle and accessories.

2.　　Plaintiff's *Verified Complaint in Admiralty* (the "*Complaint*") asserts five counts consisting of claims against Starboard for breach of a promissory note, alternatively, unjust enrichment, and against Starboard and the vessels to foreclose a preferred ship's mortgage encumbering the Pursuit and Everglades, against Starboard and the Pursuit for foreclosure of a title

lien encumbering the Pursuit, foreclosure of the personal property held by Starboard and each of the vessels, and a claim for breach of a personally guaranty against Stratmann. [Dkt. No. 1].

3. The 35-foot Everglades has, simultaneously with the filing hereof, been dropped as a defendant in this action.

4. As set forth in the *Complaint*, this is a straight forward action for breach of a note secured by collateral to which Plaintiff seeks to foreclose. As set forth in paragraphs 13 and 19 of the Complaint, the principal amount owed is $934,994.28.

5. Service was had on all Defendants and on May 27, 2026, Stratmann filed his *Answer* in which he admits to executing the guaranty and then asserts what he contends are a number of affirmative defenses, almost all of which are not legal recognizable affirmative defenses.

6. Failing to respond to the *Complaint*, the defendants Starboard and the Pursuit were defaulted by the Clerk of Court on June 2, 2026. [Dkt. No. 24].

7. On June 8, 2026, Stratmann filed an unverified motion to vacate the Clerk's default with respect to the Pursuit, to which Plaintiff objects as set forth in Plaintiff's response filed simultaneously herewith.

8. Thus, Plaintiff at this juncture seeks the entry of a default final judgment against Starboard and the Pursuit.

9. In accordance with this Court's *Order on Default Final Judgment Procedure*, Plaintiff asserts that, in light of Stratmann's admission in his *Answer* that he signed the guaranty, coupled with the fact that the amount owed is liquidated and not disputed by the borrower Starboard, there is little chance of an inconsistent judgment if a judgment is entered at this time against Starboard for the amount owed and then at a later time against Stratmann under the guaranty.

0:26-cv-60068-AHS

Respectfully submitted this 17th day of June 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone:    (954) 462-8000
Facsimile:    (954) 462-4300

By:  */s/ Richard B. Storfer*
         Richard B. Storfer
         Florida Bar No. 984523
         rstorfer@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed as follows:  Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301; Starboard Yacht Group, LLC and 28-Foot Pursuit, at 545 NE 17th Avenue, Ft Lauderdale, FL 33004.

*/s/ Richard B. Storfer*
Richard B. Storfer

8075.003