IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

       Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

       Defendants.

CASE NO.: 0:26-cv-60068-AHS

### PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AGAINST THE DEFENDANTS STARBOARD YACHT GROUP, LLC AND 28-FOOT PURSUIT, HULL ID SSUE82861405, TITLE NO. 91874263

Plaintiff, Locality Bank, by and through undersigned counsel, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure moves for entry by the Court of a default final judgment against the defendants Starboard Yacht Group, LLC, a Florida limited liability company, and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and its engines, tackle and accessories, and as grounds therefore, Plaintiff states as follows:

1.     On January 12, 2026, Plaintiff commenced the above-captioned action against, among others, the defendants Starboard Yacht Group, LLC, a Florida limited liability company ("Starboard"), and 28-Foot Pursuit, Hull ID SSUE82861405, Title No. 91874263 (the "Vessel"), filing a verified complaint in admiralty (the "*Complaint*"), wherein Plaintiff asserted claims against

Starboard for breach of a promissory note, and in the alternative, for unjust enrichment, and to foreclose a tile lien encumbering the Vessel. [Dkt. No. 1].

2. The Vessel was arrested on April 9, 2026 and is currently being held by the court appointed custodian.

3. Starboard and the Vessel failed to respond to the *Complaint*, resulting in the entry of a Clerk's default against Starboard and the Vessel on June 2, 2026. [Dkt. No. 24].

4. By way of this *Motion*, Plaintiff requests the entry of a default judgment by the Court and against Starboard and the Vessel, awarding Plaintiff damages against Starboard and foreclosing Plaintiff's lien against the Vessel and directing the United States Marshall to sell the Vessel at a foreclosure sale and pay over the net proceeds to Plaintiff towards satisfaction of the total amount owed.

5. Attached hereto as **Exhibit "A"** is Plaintiff's *Affidavit of Indebtedness*, wherein Plaintiff affirms that Starboard, as alleged in paragraph 13 of the *Complaint*, owes Plaintiff the principal sum or $934,994.28. In addition, as also set forth in the attached *Affidavit of Indebtedness*, Plaintiff is owed $93,736.35 in interest as of June 3, 2026, plus a per diem of $262.57 from June 4, 2026, through the date of entry of the judgment, plus $9,384.03 in late charges, for a total of $1,038,114.06, in addition to attorney fees and costs.

6. As set forth in the *Affidavit of Attorney Fees and Costs* attached as **Exhibit "B"**, Plaintiff has incurred $8,052.50 in attorney fees, and it is anticipated that Plaintiff will incur an additional $700.00 in attorney fees through entry of judgment, for a total in attorney fees of $8,752.50. In addition, Plaintiff has incurred costs totaling $1,262.40.

7. Therefore, the total amount due as of June 3, 2026, is $1,048,129.56.

WHEREFORE, Plaintiff respectfully requests that the Court grant this *Motion* and grant any further relief this Court deems just and proper.

Dated 19th day of June 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:   (954) 462-8000
Facsimile:   (954) 462-4300

By:  */s/ Richard B. Storfer*
     Richard B. Storfer
     Florida Bar No. 984523
     rstorfer@loriumlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 19th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed as follows:  Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301; Starboard Yacht Group, LLC and 28-Foot Pursuit, at 545 NE 17th Avenue, Ft Lauderdale, FL 33004.

                    */s/ Richard B. Storfer*
                    Richard B. Storfer

8075.003