

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| LOCALITY BANK, a Florida banking corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull I.D. SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,<br><br>        Defendants. | CASE NO.: 0:26-cv-60068-AHS |

## AFFIDAVIT OF INDEBTEDNESS

| | | |
|---|---|---|
| STATE OF FLORIDA | : | |
| | : ss.: | |
| COUNTY OF BROWARD | : | |

Kevin Whisler, being duly sworn, deposes and states:

1.      I am the Executive Vice President/Chief Credit Officer with Locality Bank, the Plaintiff in the above-styled case, and am authorized to give this affidavit on behalf of the Plaintiff.

2.      I make this affidavit based on my personal knowledge and my review of Plaintiff's files and business records with respect to the Defendants in this action.

3.      Plaintiff's business records are complete and correct, have been kept under my supervision and control and were made at or near the time of the events recorded in the records by or from information transmitted by a person with knowledge. These records are kept in the ordinary course of a regularly documented business activity, and it is Plaintiff's regular practice to keep such records.

4.      On June 6, 2024, Starboard entered into an SBA Loan Agreement with Plaintiff, a copy of which is attached as Exhibit "A" to Plaintiff's *Verified Complaint in Admiralty* (the "*Complaint*").

5.      Pursuant to the Agreement, Starboard also entered into with Plaintiff the Business Loan Agreement dated June 6, 2024, a copy of which is attached to the *Complaint* as Exhibit "B".

6.      Pursuant to the foregoing agreements, Starboard also executed and delivered to Plaintiff a Promissory Note in the original principal amount of $990,000.00, dated June 6, 2024, a copy of which is attached to the *Complaint* as Exhibit "C".

7.      Plaintiff is the owner and holder of the Promissory Note.

8.      Starboard is in default of its obligations arising under the loan agreements and Promissory Note.

9.      Plaintiff has declared the full amount payable under aforementioned loan documents to be due.

10.      Starboard owes Plaintiff $934,994.28 as principal. In addition, Plaintiff is owed $93,736.35 in interest as of June 3, 2026, plus a per diem of $262.57 from June 3, 2026, through the date of entry of the judgment, plus $9,384.03 for late charges, for a total of $1,038,114.66, as evidenced by the statement attached hereto as **Exhibit "1",** in addition to attorney fees and costs.

LOCALITY BANK

*Kevin Whisler*

Kevin Whisler

State of Virginia     County of Norfolk

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☒ online notarization this __8__ day of ___June___, 2026, by Kevin Whisler, who is personally known to me or who has produced ___driver's license___ as identification and who did take an oath.

```
KETSIA MCCLEASE
Electronic Notary Public
Commonwealth of Virginia
Registration No. 327724
My Commission Expires Apr 30, 2027
```

_Ketsia McClease_

Notary Public - signature

Print name:   Ketsia McClease

(Seal)  My Commission Expires:

This notarial act was performed online by way of
two-way audio/video communication technology.

8075.003

# usvn-362340-bea05c94-b4b4-43eb-b9e5-6c1b69dfb2a2-affidavit-of-indebtedness-final.docx-4906-6927-6849.1-4937-7444-3698.1-kw

Final Audit Report                                                                2026-06-08

| | |
|---|---|
| Created: | 2026-06-08 |
| By: | Ketsia McClease (ketsiac@aol.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_YlZ2EYhf4N0tpDDtF7Dv4dSYkWYyGQh |

## "usvn-362340-bea05c94-b4b4-43eb-b9e5-6c1b69dfb2a2-affidavit-of-indebtedness-final.docx-4906-6927-6849.1-4937-7444-3698.1-kw" History

📄 Document created by Ketsia McClease (ketsiac@aol.com)
2026-06-08 - 5:45:09 PM GMT- IP address: 75.249.240.160

✉ Document emailed to Kevin Whisler (kwhisler@localitybank.com) for signature
2026-06-08 - 5:45:13 PM GMT

📄 Email viewed by Kevin Whisler (kwhisler@localitybank.com)
2026-06-08 - 5:45:20 PM GMT- IP address: 135.232.20.2

✍ Document e-signed by Kevin Whisler (kwhisler@localitybank.com)
Signature Date: 2026-06-08 - 5:46:14 PM GMT - Time Source: server- IP address: 66.26.197.247 - Signature Appearance Selected: IMAGE

✅ Agreement completed.
2026-06-08 - 5:46:14 PM GMT

Adobe Acrobat Sign

EXHIBIT "1"

# Loan Call Statement

| | | | | |
|---|---|---|---|---|
| PIF # | 100580 | | Date | 06/03/26 |
| Account # | *******9964 | | | |
| Branch | SBA Division | | | |

| | | | |
|---|---|---|---|
| Starboard Yacht Group LLC | | Note Date | 06/06/2024 |
| 850 NE 3rd Street | | Original Amt | 990,000.00 |
| Suite 208 | | Term (months) | 120 |
| Dania Beach FL 33004 | | Interest Rate | 10.2500 |
| Phone: 954-376-5400 | | Class | Commercial Loan |
| Collateral: 150/Contents: 850 NE 3rd ST 3383 SW 11th AVE | | Payment Amount | 13,371.77/Commercial Loan |
| 850 NE 3rd ST 2019 SW 20th ST 2030 Harbortown DR | | Date Next Due | 07/10/2026 |
| Special Inst: | | Payment Frequency | Monthly |
| Commitment: 990,000.00/1 Balance to Fund: 0.00 | | Days Late 10/31/61 | 0/2/0 |
| | | Escrow payment | 0.00 |
| | | Daily Factor | 262.5668 |
| | | Officer | KW |

| | | | |
|---|---|---|---|
| Current Balance | 934,994.28 | Last Payment | 06/11/2025 |
| Interest Collected | 0.00 | | |
| Interest Paid | 105,053.75 | | |
| Interest Earned | 198,790.10 | | |
| Interest Adj | 93,736.35* | Maturity | 06/06/2034 |
| Late Charges | 9,384.03* | Date Non-accr | 09/12/2025 |
| Escrow adjustment | -0.00* | | |
| Miscellaneous receivable | 0.00* | | |
| Unapplied payment | 0.00* | | |
| Amount charged off | 0.00* | | |
| Memo Interest Earned | 0.00* | | |

| Date | Transaction Description | Amount | Principal | Interest | Fee | Balance |
|---|---|---|---|---|---|---|
| 06/11/24 | 410 Add-On | 935,000.00 | 935,000.00 | | | 935,000.00 |
| | Starboard Loan Closing Disbursement | | | | | |
| 06/14/24 | 410 Add-On | 51,364.21 | 51,364.21 | | | 986,364.21 |
| | Advance to Settlement | | | | | |
| 06/14/24 | 410 Add-On | 3,635.79 | 3,635.79 | | | 990,000.00 |
| | Advance to Account XXXXX758 | | | | | |
| 07/10/24 | 416 Payment | 10,239.04 | 0.00 | -10,239.04 | | 990,000.00 |
| 08/14/24 | 419 Sched Payment | 13,806.59 | -4,347.35 | -9,459.24 | | 985,652.65 |
| | Transfer FROM CHK Account 9758 | | | | | |
| 09/13/24 | 419 Sched Payment | 13,806.59 | -4,383.52 | -9,423.07 | | 981,269.13 |
| | Loan Payment FROM Checking Account 9758 | | | | | |
| 10/15/24 | 419 Sched Payment | 13,806.59 | -4,729.16 | -9,077.43 | | 976,539.97 |
| | Loan Payment FROM Checking Account 9758 | | | | | |
| 11/14/24 | 419 Sched Payment | 13,708.00 | -4,906.07 | -8,801.93 | | 971,633.90 |
| | Loan Payment FROM Checking Account 9758 | | | | | |
| 12/16/24 | 419 Sched Payment | 13,708.00 | -5,117.24 | -8,590.76 | | 966,516.66 |
| | Loan Payment FROM Checking Account 9758 | | | | | |
| 01/21/25 | 423 Late Charge Assessed | 685.40 | | | 685.40 | 966,516.66 |

| Date | Transaction Description | Amount | Principal | Interest | Fee | Balance |
|---|---|---|---|---|---|---|
| 01/23/25 | 416 Payment | 13,708.00 | -4,874.53 | -8,833.47 | | 961,642.13 |
| 02/10/25 | 419 Sched Payment | 13,511.00 | -5,240.81 | -8,270.19 | | 956,401.32 |
| | Loan Payment FROM Checking Account 9758 | | | | | |
| 03/12/25 | 419 Sched Payment | 13,511.00 | -5,453.65 | -8,057.35 | | 950,947.67 |
| | Loan Payment FROM Checking Account 9758 | | | | | |
| 04/21/25 | 423 Late Charge Assessed | 675.55 | | | 675.55 | 950,947.67 |
| 05/20/25 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 950,947.67 |
| 05/30/25 | 416 Payment | 13,511.00 | 0.00 | -13,511.00 | | 950,947.67 |
| 06/11/25 | 416 Payment | 13,371.83 | -2,581.56 | -10,790.27 | | 948,366.11 |
| 06/11/25 | 416 Payment | 13,371.83 | -13,371.83 | 0.00 | | 934,994.28 |
| 07/21/25 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 08/20/25 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 09/22/25 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 10/20/25 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 11/20/25 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 12/22/25 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 01/20/26 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 02/20/26 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 03/20/26 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 04/20/26 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |
| 05/20/26 | 423 Late Charge Assessed | 668.59 | | | 668.59 | 934,994.28 |