

EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking
corporation,

       Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a
Florida limited liability company 35-FOOT
EVERGLADES, U.S.C.G. Official No.
1220768, Hull I.D. RJDE00051708, and
engines, tackle and accessories, 28-FOOT
PURSUIT, Hull ID SSUE82861405, Title No.
91874263, and engines, tackle and accessories,
and CHARLES J. STRATMANN, individually,

       Defendants.

CASE NO.: 0:26-cv-60068-AHS

## AFFIDAVIT AS TO ATTORNEY FEES AND COSTS

STATE OF FLORIDA      :
                     : ss.:
COUNTY OF BROWARD  :

Richard B. Storfer, being duly sworn, says:

1.     I am an attorney at law licensed to practice in the State of Florida.

2.     I am a managing member of the law firm of Lorium Law, attorneys for, Plaintiff in the above-styled cause.

3.     I have primary responsibility for the representation of Plaintiff in this action and personal knowledge of the facts stated herein.

4.     In the process of this litigation, the following costs have been expended by Lorium Law in the above-styled cause on behalf of Plaintiff and have or will be charged to and have or will be collected from Plaintiff.

| | | |
|---|---|---|
| a. | Abstract of Title fee | $150.00 |
| b. | DMW report | $11.00 |
| c. | Filing fee | $405.00 |
| d. | Certified copies | $24.00 |
| e. | Service of process | $382.80 |
| f. | Publication Fee | $289.60 |
| | TOTAL | $1,262.40 |

5.      In pursuing this action, I, and other attorneys from this office, have spent approximately 32 hours working on this matter and anticipate that we will spend an additional 2 hours working on this matter through the entry of a judgment.

6.      The attorney fees incurred by and to be charged to and collected from Plaintiff by Lorium Law in the above-styled cause through the date of this affidavit total approximately $8,052.50 and it is anticipated that an additional $700.00 in attorney fees will be incurred prior to the entry of a judgment.

_____
Richard B. Storfer

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization this 3 day of June, 2026, by Richard B. Storfer, who is personally known to me or who has produced _____ as identification.

My Commission Expires: _____

_____
Notary Public (signature)

Sandra J. Fallas
_____
Name typed



SANDRA J. FALLAS
Commission # HH 597931
Expires January 30, 2029