IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LOCALITY BANK, a Florida banking corporation,

       Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

       Defendants.

CASE NO.: 0:26-cv-60068-AHS

**PLAINTIFF'S NOTICE OF NON-COMPLIANCE
WITH RESPECT TO SCHEDULNG REPORT AND ORDER**

Plaintiff, Locality Bank, by and through undersigned counsel, files *Plaintiff's Notice of Non-compliance with Scheduling Report and Order* as to the defendant Charles J. Stratmann, and states as follows:

1.     On January 12, 2026, Plaintiff commenced the above-captioned admiralty proceeding agaist the Defendants, Starboard Yacht Group, LLC ("Starboard"), the vessel 28-foot Pursuit, Hull ID SSUE82861405, Title No. 91874263, and its engines, tackle and accessories, Charles J. Stratmann, individually ("Stratmann"), as well as the vessel 35-foot Everglades, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and its engines, tackle and accessories.

2.     Plaintiff's *Verified Complaint in Admiralty* (the "*Complaint*") asserts five counts consisting of claims against Starboard for breach of a promissory note, alternatively, unjust enrichment, and against Starboard and the vessels to foreclose a preferred ship's mortgage encumbering the Pursuit and Everglades, against Starboard and the Pursuit for foreclosure of a title

lien encumbering the Pursuit, foreclosure of the personal property held by Starboard and each of the vessels, and a claim for breach of a personally guaranty against Stratmann. [Dkt. No. 1].

3.     The 35-foot Everglades has been dropped as a defendant in this action. [Dkt. No. 30].

4.     Service was had on all Defendants and on May 27, 2026, Stratmann filed his *Answer*. [Dkt. No. 20].

5.     Pursuant to the *Order Requiring Scheduling Report*, [Dkt. No. 25], the parties are required to submit a joint scheduling report and proposed order by June 24, 2026.

6.     On June 13, 2026, Jason E. Slatkin, an attorney with the undersigned firm representing Plaintiff, and Stratmann spoke over the telephone regarding this case, including the requirement to submit the joint scheduling report and proposed order by June 24, 2026.

7.     In furtherance thereof, Slatkin prepared a proposed joint scheduling report and order and emailed them to Stratmann on June 15, 2026, and has followed up with Stratmann on June 16 and 22 via email, with no response from Stratmann.

8.     Notwithstanding, attached as **Exhibits "A"** and **"B"** are copies of the scheduling report and proposed order provided to Stratmann who has not complied by participating in the submission process.

Respectfully submitted this 24ᵗʰ day of June 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone:     (954) 462-8000
Facsimile:     (954) 462-4300

By:  */s/ Richard B. Storfer*
        Richard B. Storfer
        Florida Bar No. 984523
        rstorfer@loriumlaw.com

2

0:26-cv-60068-AHS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this same day via: (1) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and (2) US Mail to the parties listed as follows:  Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301; Starboard Yacht Group, LLC and 28-Foot Pursuit, at 545 NE 17th Avenue, Ft Lauderdale, FL 33004.

*/s/ Richard B. Storfer*
Richard B. Storfer

8075.003