# EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| LOCALITY BANK, a Florida banking corporation, | CASE NO.: 0:26-cv-60068-AHS |
| Plaintiff, | |
| vs. | |
| STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually, | |
| Defendants. | |

**SCHEDULING ORDER**

THIS CAUSE having come before the Court following the filing of the *Joint Scheduling Report Pursuant to Local Rule 16.1* (the "*Report*"), filed by Plaintiff, Locality Bank, and the defendant appearing in this action, Charles J. Stratmann (collectively, the "Parties"), and the Court, having reviewed the *Report* and the record herein,

ORDERS that:

1.      This case is on an expedited tract pursuant to Rule 16.1(a).

2.      Except as modified by paragraph 4 below, the Court approves of the following schedule proposed by the Parties:

    a.   Deadline to join additional parties: July 24, 2026,

    b.   Deadline to amend pleadings: July 24, 2026,

    c.   Deadline for expert disclosures (Plaintiff): September 4, 2026,

    d.   Deadline for expert disclosures (Defendant): October 2, 2026,

    e.   Deadline for rebuttal experts: October 16, 2026,

f.   Discovery cutoff: November 23, 2026, and

g.   Deadline for mediation: October 23, 2026.

3.   Pursuant to Rule 502(d) of the Federal Rules of Civil Procedure, inadvertent disclosure of privileged or work-product-protected material shall not constitute a waiver of any applicable privilege.

4.   Deadline to file all pretrial motions, including dispositive motions is _____.

5.   All pretrial motions shall be resolved by _____.

6.   Trial shall commence on _____.

DONE and ORDERED on this _____ day of _____ 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All parties of record

2