# UNILATERAL JOINT SCHEDULING REPORT

## Locality Bank v. Starboard Yacht Group, LLC et al.

**Case No. 0:26-cv-60068-AHS (S.D. Fla.)**
**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

LOCALITY BANK, a Florida banking corporation, Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company;

CHARLES JAKE STRATMANN, an individual; et al., Defendants.

**Case No. 0:26-cv-60068-CIV-SINGHAL**



FILED BY _____ D.C.

JUN 24 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## UNILATERAL SCHEDULING REPORT OF DEFENDANT CHARLES JAKE STRATMANN

**Pursuant to Local Rule 16.1(b) and Fed. R. Civ. P. 26(f)**

**Deadline: June 24, 2026 (DE 25, entered June 4, 2026)**
**TO THE HONORABLE RAAG SINGHAL, United States District Judge:**

Defendant Charles Jake Stratmann, appearing pro se as to his personal interests and property, submits this Unilateral Scheduling Report pursuant to this Court's Order Requiring Scheduling Report (DE 25) and Local Rule 16.1(b).

**Note Regarding Defendant Starboard Yacht Group, LLC:** Pursuant to 28 U.S.C. § 1654 and Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985), a limited liability company may not appear pro se in federal court. Defendant SYG LLC cannot file this report without licensed counsel and respectfully requests additional time to retain counsel.

## I. PARTIES AND COUNSEL
**Plaintiff:** Locality Bank, a Florida banking corporation

**Counsel:** Jason E. Slatkin, Esq. / Richard B. Storfer, Esq.

Lorium Law | 100 NE 3rd Avenue, Suite 700, Fort Lauderdale, FL 33301

Tel: (954) 462-8000 | Email: jslatkin@loriumlaw.com

**Defendant (Individual, Pro Se):** Charles Jake Stratmann

545 NE 17th Avenue, Fort Lauderdale, Florida 33301

Email: jake@starboardyacht.com

**Defendant (LLC — Requires Counsel):** Starboard Yacht Group, LLC

## II. CONFERENCE OF THE PARTIES

Defendant Stratmann attempted to coordinate the Rule 26(f) conference by email to Plaintiff's counsel on June 16, 2026, proposing June 18 and June 19, 2026. Plaintiff's counsel transmitted a draft Joint Scheduling Report on or about June 20, 2026. The parties have not reached agreement on the case management track. This report is submitted unilaterally to comply with the Court's June 24, 2026 deadline. See DE 25.

## III. NATURE OF THE ACTION

This action arises from a commercial lending and maritime mortgage dispute. Plaintiff Locality Bank holds a Preferred Ship Mortgage (USCG, June 6, 2024) securing an SBA loan of approximately $990,000 against a 28-foot Pursuit vessel. A Clerk's Entry of Default was entered June 2, 2026 (DE 24).

Defendant Stratmann contends: (1) the vessel is his personal property, not a SYG LLC asset; (2) the default is void or voidable; (3) Plaintiff's servicing practices caused unwarranted default; and (4) related courts have prior or exclusive in rem jurisdiction.

**Disputed Collateral and Cross-Case Nexus:** The loan collateral is not limited to the vessels. The 850 NE 3rd Street, Suite 208, Dania Beach, Florida premises are also listed as collateral and as SYG's business address in the loan records. That same address is the subject of a separate state-court eviction action (Broward County COCE-25-075400, Harbour Towne SMI Westrec LLC v. Starboard Yacht Group, LLC), demonstrating that third parties dispute SYG's possession and control of the collateral premises. Additionally, the trailer used to transport the 28-Foot Pursuit is a disputed, identifiable asset that is not covered by the Preferred Ship Mortgage and is not

owned by Plaintiff's borrower. These collateral-scope disputes must be resolved before the case can be set on a standard or expedited track.

**Related Cases (7):** 0:26-cv-60289-WPD (SCB/SYG) | 0:26-cv-61150-PAB (Stratmann v. Ivankovich) | 1:25-cv-25958-DPG (SCB v. CMR) | CA11 26-10941 | MJM-26-1332 | NFCU proceeding | Delaware CMR.

## IV. PROPOSED CASE MANAGEMENT TRACK

**Defendant proposes: COMPLEX TRACK (270–365 days of discovery)**

Plaintiff proposed Expedited Track (SYG-107181). Defendant objects. Grounds:

(1) Seven related federal/state proceedings with overlapping parties and shared ESI;

(2) SBA loan, escrow platform, USCG NVDC, and multi-institution third-party discovery required;

(3) Expert testimony required (RESPA/TILA, maritime lien valuation, escrow analysis);

(4) SYG LLC requires time to retain licensed counsel;

(5) Princess Lida/prior exclusive in rem jurisdiction requires threshold briefing.

## V. PROPOSED DISCOVERY SCHEDULE (Days from Scheduling Order)

| Event | Proposed Deadline |
|---|---|
| Rule 26(a)(1) Initial Disclosures | 30 days |
| Fact Discovery Cutoff | 270 days |
| Plaintiff Expert Disclosures | 300 days |
| Defendant Expert Disclosures | 315 days |
| Expert Discovery Cutoff | 330 days |
| Mediation Completion | 300 days |
| Dispositive Motion Deadline | 345 days |
| Trial Ready Date | 365 days |

## VI. DISCOVERY LIMITS

Interrogatories: 25/side | Requests for Production: 40/side |

Requests for Admission: 30/side | Depositions: 10/side (7 hrs each)

Third-party subpoenas anticipated: SBA, LoanCare/FNF servicing platform, USCG NVDC, financial institutions.

## VII. ELECTRONICALLY STORED INFORMATION

Defendant has implemented a litigation hold. ESI preserved on OneDrive cloud storage.

Defendant proposes meet-and-confer on keyword terms before production demands.

Proposed search terms: "Locality Bank," "LoanCare," "escrow," "SBA loan," "Pursuit," "USCG."

Production format: PDF for correspondence; native for financial data.

## VIII. ALTERNATIVE DISPUTE RESOLUTION

Defendant is amenable to early mediation under Local Rule 16.2. Requests referral within 90 days

of Scheduling Order. Parties to submit three mediator candidates each within 21 days.

## IX. CONSENT TO MAGISTRATE JUDGE

Defendant Charles Jake Stratmann does **not** consent to trial before a Magistrate Judge.

## X. ESTIMATED LENGTH OF TRIAL

5–8 days (complex, multi-party, related proceedings).

## XI. PRELIMINARY PRETRIAL CONFERENCE REQUESTED

Defendant requests a conference to address: (1) SYG LLC counsel timeline; (2) Princess Lida

threshold issue; (3) track dispute; (4) coordination with related proceedings.

## XII. CERTIFICATE OF CONFERRAL

I certify that I emailed Plaintiff's counsel Jason E. Slatkin on June 16, 2026, proposing

conference on June 18–19, 2026. Plaintiff's counsel transmitted a draft on approximately

June 20, 2026. The parties did not reach agreement on the track. I submit this report

unilaterally to comply with the Court's June 24, 2026 deadline.

Respectfully submitted,

Signature: _____

Charles Jake Stratmann

Pro Se Defendant (Individual)

545 NE 17th Avenue, Fort Lauderdale, Florida 33301

Email: jake@starboardyacht.com

Date: 6/24/2026

**Certificate of Service**

I served the foregoing on this 24th day of June, 2026, via email to:

Jason E. Slatkin, Esq. / Richard B. Storfer, Esq.

Lorium Law

100 NE 3rd Avenue, Suite 700, Fort Lauderdale, FL 33301

Email: jslatkin@loriumlaw.com