UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60068-CIV-SINGHAL

**LOCALITY BANK**, a Florida banking
corporation,

       Plaintiff,

vs.

**STARBOARD YACHT GROUP, LLC**, a Florida
limited liability company; *et al.*,

       Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon its *sua sponte* review of the docket.  The Court ordered the parties to file a joint scheduling report pursuant to Local Rule 16.1 no later than June 24, 2026.  (DE [25] (the "**Order Requiring Scheduling Report**")).  Plaintiff represents it discussed the requirements of a scheduling report with Defendant Charles J. Stratmann and emailed him a proposed joint scheduling report on June 15, 2026, and followed up several times thereafter without receiving a response.  *See* (DE [29]; [34] at 1–2).  For his part, Defendant Stratman represents that he likewise attempted to confer with Plaintiff several times to no avail.  (DE [35] at 2).  While the Court hopes to avoid taking evidence to determine which party (if either) disrupted the conferral process, the consequence of the apparent breakdown is that both parties filed only unilateral scheduling reports.  (DE [34-1]; [35]).

Because the Court will benefit from a joint scheduling report rather than attempting to reconcile the parties' unilateral reports, it *sua sponte* extends their deadline to comply with the Order Requiring Scheduling Report to July 8, 2026.  If the parties are unable to

agree on particular items, they may interpose concise objections in their joint report.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. the parties' deadline to comply with this Court's Order Requiring Scheduling Report (DE [25]) is **EXTENDED** to **July 8, 2026**;

2. Should the parties fail to comply with this Order, the Court will "unilaterally set this case on a case management track in accordance with Local Rule 16.1(a) and calculated as if the scheduling report had been timely filed."  (DE [25] at 3).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF