**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-60068-SINGHAL/STRAUSS**

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

## JOINT NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the parties have agreed to and have scheduled mediation in the above-styled case is scheduled as follows:

| | |
|---|---|
| Mediator: | Judge John W. Thornton Jr. (ret.), JAMS Miami Resolution Center |
| Date: | Wednesday, November 11, 2026 |
| Time: | 10:00 a.m. |
| Location: | **Join Zoom Meeting (Zoom instructions to be provided prior to Mediation)** |

Dated this ~~2nd~~ 5th day of October 2026.

LORIUM LAW
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Jason E. Slatkin*
Jason E. Slatkin
Florida Bar No. 040370
jslatkin@loriumlaw.com

Charles Jake Stratmann

545N E 17th Avenue
FortLauderdale,Florida33301
Telephone:(954)873-8546
Email:jake@ starboardyacht.com

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was served via email and U.S. Mail on Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301 on this 2nd day of October 2026.

5th

*/s/ Jason E. Slatkin*
Jason E. Slatkin