**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-60068-SINGHAL/STRAUSS**

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

---

**NOTICE OF ENTRY INTO CM/ECF OF PARTY**
**LISTED ON DE #46 JOINT NOTICE OF MEDIATION**

PLEASE TAKE NOTICE that the following party listed in the *Joint Notice of Mediation* filed at DE 46 has been entered into the Court's CM/ECF system:

1. Mediator: Judge John W. Thornton Jr. (ret.), JAMS Miami Resolution Center
   Address: 2 South Biscayne Boulevard, Suite 3600, Miami, FL 33131
   Email: kguayamo@jamsadr.com

The undersigned certifies that the above-listed party has been added to the CM/ECF docket in accordance with the requirements of the Southern District of Florida.

Dated this 6th day of October 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: *_/s/ Jason E. Slatkin_*
Jason E. Slatkin
Florida Bar No. 040370
jslatkin@loriumlaw.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was served via email and U.S. Mail on Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301 on this 6th day of October 2026.

*_/s/ Jason E. Slatkin_*
Jason E. Slatkin