**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-60068-SINGHAL/STRAUSS**

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

---

**NOTICE OF STRIKING DE#49**

PLEASE TAKE NOTICE that Plaintiff, Locality Bank, hereby strikes DE #49, titled *Notice of Entry into CM/ECF of Party Listed on DE #46 Joint Notice of Mediation*, filed on October 6, 2026. The foregoing filing was filed in error and should be stricken from the docket.

Dated this 7th day of October, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Richard B. Storfer*
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was served via email and U.S. Mail on Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301 on this 7th day of October, 2026.

*/s/ Richard B. Storfer*
Richard B. Storfer