**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-60068-SINGHAL/STRAUSS**

LOCALITY BANK, a Florida banking corporation,

Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC, a Florida limited liability company 35-FOOT EVERGLADES, U.S.C.G. Official No. 1220768, Hull I.D. RJDE00051708, and engines, tackle and accessories, 28-FOOT PURSUIT, Hull ID SSUE82861405, Title No. 91874263, and engines, tackle and accessories, and CHARLES J. STRATMANN, individually,

Defendants.

## PLAINTIFF'S MEDIATION REPORT

The Plaintiff, Locality Bank, by and through undersigned counsel, files this Plaintiff's Mediation Report and states as follows:

1. The Mediation was scheduled with Honorable John W. Thornton, Jr., (Ret.) for November 11, 2026.

2. Defendant, Charles J. Stratmann, failed to pay the required mediator's retainer and the mediation was cancelled.

Dated this 17th day of November, 2026.

**LORIUM LAW**
*Attorneys for Plaintiff*
100 N.E. Third Avenue, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: */s/ Richard B. Storfer*
Richard B. Storfer
Florida Bar No. 984523
rstorfer@loriumlaw.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing was served via email and U.S. Mail on Charles J. Stratmann, at jake@starboardyacht.com and 545 NE 17th Avenue, Ft. Lauderdale, FL 33301 on this 17th day of November, 2026.

*/s/ Richard B. Storfer*
Richard B. Storfer

8075.003