**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-60068-SINGHAL/STRAUSS**

**LOCALITY BANK,**

Plaintiff,

v.

**STARBOARD YACHT GROUP LLC, *et al.*,**

Defendants.

_________________________________/

## ORDER TO SHOW CAUSE

THIS MATTER came before the Court upon a *sua sponte* review of the docket. The parties were required to attend mediation on November 11, 2026, and to file a mediation report by November 16, 2026. After the parties failed to file a mediation report by the deadline, the Court entered an Order [DE 53] directing the parties to do so by November 20, 2026. On November 17, 2026, Plaintiff filed a mediation report [DE 54] stating that "Defendant, Charles J. Stratmann, failed to pay the required mediator's retainer and the mediation was cancelled."

In light of the foregoing, it is **ORDERED and ADJUDGED** that, by **November 30, 2026**, the parties shall file written responses to show cause why sanctions should not be imposed. In their written show cause responses, both sides should suggest what sanctions would be appropriate (in the event sanctions are imposed), including whether the entry of a default judgment against Defendants is appropriate.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of November 2026.

Jared Strauss

Jared M. Strauss
United States Magistrate Judge